IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01421-AP

CARMEL E. RODRIGUEZ,

    Plaintiff,

  v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Plaintiff.
_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

**1.    APPEARANCES OF COUNSEL**

For Plaintiff:

Bruce C. Bernstein
1828 Clarkson Street
Denver, CO 81028
303-830-2300
bcblaw@qwestoffice.net

For Defendant:

JOHN F. WALSH
United States Attorney

KEVIN TRASKOS
Assistant United States Attorney
United States Attorney's Office
Deputy Chief, Civil Division
District of Colorado
Kevin.Traskos@usdoj.gov

Debra J. Meachum
Special Assistant United States Attorney
1961 Stout Street, Suite 1001A
Denver, Colorado 80294
Telephone: (303) 844-1570
debra.meachum@ssa.gov

Attorneys for Defendant

2. **STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

   The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

3. **DATES OF FILING OF RELEVANT PLEADINGS**

   A. Date Complaint Was Filed: **5/18/10.**
   B. Date Complaint Was Served on U.S. Attorney's Office: **6/29/10.**
   C. Date Answer and Administrative Record Were Filed: **8/30/10.**

4. **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

   A. Plaintiff states that, upon preliminary review, the record appears to be adequate.
   B. Defendant believes the administrative record is adequate.

5. **STATEMENT REGARDING ADDITIONAL EVIDENCE**

   A. Plaintiff states that his attorney, who did not represent him at the administrative hearing, needs to review the extensive administrative record before having a firm position as to whether additional evidence might be helpful or available.

   B Defendant does not intend to submit additional evidence.

6. **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

   A. Plaintiff states that his attorney did not represent him at the administrative hearing. However, from brief review of the record, this case does not appear to raise anything out of the ordinary.

   B. Defendant states, to the best of his knowledge, that this case does not raise unusual claims or defenses.

7. **OTHER MATTERS**

   The parties state that there are no other matters.

8. **BRIEFING SCHEDULE**

   A. Plaintiff's Opening Brief Due: **10/27/10.**
   B. Defendant's Response Brief Due: **12/1/10.**
   C. Plaintiff's Reply Brief (If Any) Due: **12/16/10.**

9. **STATEMENTS REGARDING ORAL ARGUMENT**

   A. Plaintiff's Statement: Plaintiff does not request oral argument.
   B. Defendant's Statement: Defendant does not request oral argument.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    A.   ( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.
    B.   (X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.

    DATED this 20th day of September, 2010.

                                                BY THE COURT:

                                                <u>s/John L. Kane</u>
                                                U.S. DISTRICT COURT JUDGE

APPROVED:

**For Plaintiff:**

**s/Bruce C. Bernstein**
Bruce C. Bernstein
1828 Clarkson Street
Denver, CO 81028
303-830-2300
bcblaw@qwestoffice.net

**For Defendant:**

JOHN F. WALSH
United States Attorney

KEVIN TRASKOS
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
(303) 454-0100
(303) 454-0404 (facsimile)

**s/Debra J. Meachum**
By: Debra J. Meachum
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
1961 Stout Street, Ste. 1001A
Denver, Colorado 80294
(303) 454-1570
debra.meachum@ssa.gov